# Third District Court of Appeal

## State of Florida

Opinion filed May 3, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-680
Lower Tribunal No. 20-7960

————————

**Mickgolden, Inc.,**
Appellant,

vs.

**Victory Capital Group, LLC, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

The Belleh Law Group, PLLC, and Owei Z. Belleh (Fort Lauderdale), for appellant.

Taylor Espino Vega, PLLC, and Timothy S. Taylor and Vanessa A. Van Cleaf, for appellee Oreola, LLC; Cohen, Norris, Wolmer, Ray, Telepman, Berkowitz & Cohen, and James S. Telepman (North Palm Beach), for appellee Victory Capital Group, LLC.

Before EMAS, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.